IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD RUSSELL, II, et al.,

      Plaintiffs,                    No. CIV S-07-0373 RRB GGH PS

    vs.

ACCESS SECUREPAK, INC.,

      Defendants.             ORDER

_____/

        Plaintiffs have requested an extension of time to file objections pursuant to the court's findings and recommendations of November 20, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiffs' December 10, 2007 request for an extension of time is granted; and

        2. Plaintiffs are granted thirty days from the date of this order in which to file and serve objections to the findings and recommendations.

DATED: 12/17/07

                          /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Russell0373.36.wpd

1