IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD RUSSELL, II, et al.,

       Plaintiff,                         CIV-S-07-0373 JAM GGH PS

   vs.

ACCESS SECUREPAK, INC.,

       Defendant.                     ORDER

_____/

       On November 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs' first request for extension of time to file objections was granted, and no objections were received. On February 20, 2008, plaintiffs' second request for extension of time to file objections was denied.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1 | reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.
2 | 1983).
3 |       The court has reviewed the applicable legal standards and, good cause appearing,
4 | concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly,
5 | IT IS ORDERED that:
6 |       1.  The Findings and Recommendations filed November 20, 2007, are
7 | ADOPTED; and
8 |       2.  This action is dismissed with prejudice for lack of subject matter jurisdiction.
9 | DATED: 9/30/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE